Revised 12/15

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                    Case No.

           Debtor(s).

**DEBTOR CHANGE OF ADDRESS**

Debtor(s) Name: _____

_____

Change of address for:   Debtor 1 only      Debtor 2 only      Both Debtors

NEW Mailing Address: _____
Street Address/P.O. Box Number

_____
Suite/Apartment Number

_____   _____   _____
City                                            State    Zip Code

Debtor(s) Signature: _____
                                                                                                                               Date

_____
                                                                                                                            Date